IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHN D. HORTON, )
 )
                Plaintiff, )
 )
vs. ) No. 06-1226-JTM
 )
UNITED STATES OF AMERICA, )
 )
                Defendant. )
 )

MEMORANDUM AND ORDER

This matter is before the court on the motion of the defendant United States to change venue to the United States District Court for the Eastern District of North Carolina, on the grounds that the events underlying the pro se plaintiff's claims of false imprisonment occurred there. The United States stated further that attempts to reach the plaintiff by mail at his listed Kansas post office box have been returned marked with a forwarding address in Kentucky. Plaintiff has filed no response to the defendant's motion within the time permitted by rule. For good cause shown and pursuant to D.Kan.R. 7.4, the present case will be transferred to the Eastern District of North Carolina.

IT IS ACCORDINGLY ORDERED this 18th day of January, 2007, that the defendant's Motion to Dismiss (Dkt. No. 7, as modified by Dkt. No. 10) is hereby granted and the Clerk of the Court is directed to transfer this action to the United States District Court for the Eastern District of North Carolina.

                                                                             s/ J. Thomas Marten
                                                                             J. THOMAS MARTEN, JUDGE